**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARIE ERIC DE JONG, III,<br>Defendant. | Case No.: 17-cr-1305-DMS<br><br>ORDER DENYING DEFENDANT'S MOTION TO CORRECT THE DOCKET<br><br>[ECF Nos. 153, 153-1, 159.] |

This matter comes before the Court upon Defendant's Motion to correct the docket to include an entry that provides "Pardoned by the President on January 16, 2026." (Mot. 2, ECF. No. 153.) Having reviewed Defendant's motion, (*Id*.), the Government's Response in Opposition, (Opp'n, ECF No. 159), and the record, the Court finds that the motion should be denied.

A motion to correct or modify the docket is appropriate to remedy "clerical errors" or errors in the record "arising from oversight or omission." Fed. R. Crim. P. 36. The current docket entry accurately reflects the record of proceedings and Defendant has failed to demonstrate any clerical error or oversight requiring correction. *See United States v. Kaye*, 739 F.2d 488, 491 (9th Cir. 1984) (stating that "Rule 36 applies to clerical

errors only" and not to any "substantive change.") (citations omitted); *United States v. Noonan*, 906 F.2d 952, 960 (3d Cir. 1990) (concluding that "the Presidential pardon of 1977 does not eliminate Noonan's 1968 conviction and does not 'create any factual fiction' that Noonan's conviction had not occurred to justify expunction of his criminal court record.'"). Accordingly, the motion is DENIED.

IT IS SO ORDERED.

DATED: September 28, 2026.

HON. DANA M. SABRAW
United States District Judge